KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
BROOK DOOLEY - #230423
GALIA A. PHILLIPS - #230423
MATAN SHACHAM - #262348
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Claimant
JIA YUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>    v.<br><br>$10,000 IN UNITED STATES CURRENCY,<br><br>                              Defendant. | Case No. 3:10-cv-00167-VRW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO STAY CASE**<br><br>Judge:            Vaughn R. Walker<br><br>Complaint Filed: January 13, 2010<br><br>Notice Sent:     January 20, 2010 |

1   WHEREAS, Claimant Jia Yue filed a verified claim for forfeiture in rem on February 24,
2   2010 (Docket No. 8); and
3   WHEREAS, pursuant to the stipulation dated March 12, 2010 (Docket No. 12), Claimant
4   must file an answer or otherwise respond to the complaint for forfeiture by April 20, 2010; and
5   WHEREAS, the Court, by Clerk's Notice dated March 15, 2010 (Docket No. 13),
6   scheduled a Case Management Conference for May 27, 2010 at 3:30 PM, and ordered the parties
7   to file a Joint Case Management Statement one week before this conference; and
8   WHEREAS, Claimant and the Government are attempting to negotiate a resolution of
9   this case and of the related criminal case of *United States v. Jia Yue*, No. 09-CR-917-VRW; and
10  WHEREAS, the parties wish to stay this case in order to reach a negotiated resolution of
11  both these cases; and
12  WHEREAS, no party will be prejudiced by this stay,
13  THEREFORE, it is stipulated by and between the Claimant and the Government that:
14  1.   This case shall be stayed pending a negotiated resolution of this case and of the
15  related criminal case;
16  2.   The deadline for Claimant to file an answer or otherwise respond to the complaint
17  for forfeiture shall be vacated;
18  3.   In the event the parties inform the Court that they could not reach a negotiated
19  resolution and the Court orders the stay to be lifted, the deadline for Claimant to file an answer
20  or otherwise respond to the complaint for forfeiture shall be reset to no less than thirty days from
21  the date of entry of the Court's order lifting the stay; and
22  3.   The Case Management Conference scheduled for May 27, 2010 shall be taken off
23  calendar and the related deadline for filing a Joint Case Management Statement shall be vacated.

1   SO STIPULATED.

2  Dated: April 16, 2010

3

4                                              By: /s/ Stephanie M. Hinds
                                                   STEPHANIE M. HINDS
5                                                  Assistant United States Attorney

6

7  Dated: April 16, 2010                           KEKER & VAN NEST LLP

8

9                                              By: /s/ Matan Shacham
                                                   ELLIOT R. PETERS
10                                                 BROOK DOOLEY
                                                   GALIA A. PHILLIPS
11                                                 MATAN SHACHAM
                                                   Attorneys for Claimant
12                                                 JIA YUE

13

14                                    **ORDER**

15

16  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17

18  Dated: _4/28_____, 2010

*(Signed by Judge Vaughn R Walker, United States District Court, Northern District of California)*

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest that Stephanie M. Hinds has concurred in the filing of this document.

/s/ *Matan Shacham*

MATAN SHACHAM