1  KEKER & VAN NEST LLP
   ELLIOT R. PETERS - #158708
2  BROOK DOOLEY - #230423
   GALIA A. PHILLIPS - #230423
3  MATAN SHACHAM - #262348
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Claimant
   JIA YUE

7

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,              Case No. 3:10-cv-00167-VRW

14                      Plaintiff,        STIPULATION AND [PROPOSED]
                                          ORDER FOR SETTLEMENT AND
15        v.                              ENTRY OF JUDGMENT

16 $10,000 IN UNITED STATES CURRENCY,

17                      Defendant.        Judge:          Vaughn R. Walker

18                                        Complaint Filed: January 13, 2010

19                                        Notice Sent:     January 20, 2010

20

21

22

23

24

25

26

27

28

WHEREAS, Claimant Jia Yue filed a verified claim for forfeiture in rem on February 24, 2010 (Docket No. 8); and

WHEREAS, by Order dated March 5, 2010 (Docket No. 11), this Court ruled that the present forfeiture case is related to the criminal case of *United States v. Jia Yue*, No. 09-CR-917-VRW ("the criminal case"), in which Claimant is the Defendant; and

WHEREAS, Claimant and the Government have entered into a plea agreement in the criminal case ("the plea agreement"); and

WHEREAS, under the plea agreement, Claimant agreed, in part, to enter a plea of guilty in the criminal case and to forfeit the property at issue in the present forfeiture case; and

WHEREAS, on April 28, 2010, Claimant entered a plea of guilty in the criminal case; and

WHEREAS, under the plea agreement, the Government agreed, in part, not to seek any further fines, restitution, or forfeiture as a result of the investigation that led to the indictment in the criminal case and to the forfeiture in the present case,

THEREFORE, it is stipulated by and between the Claimant and the Government that:

1.      The defendant $10,000 in United States currency seized from Claimant on September 14, 2009 at San Francisco International Airport and made the subject of the present forfeiture case shall be forfeited and condemned to the Government pursuant to Title 31, United States Code, Section 5317(c)(2);

2.      Claimant shall not be entitled to costs, there being reasonable cause shown for the seizure of the defendant $10,000;

3.      The Government shall not be entitled to costs;

4.      Claimant shall hold harmless the United States of America, the Department of Homeland Security, Immigration and Customs Enforcement, and all agents, officers and employees thereof, including any and all state and local law enforcement officers, for any and all acts directly or indirectly related to the seizure, detention and forfeiture of the defendant $10,000.

5.     Each party shall bear its own attorney's fees; and

6.     Final judgment incorporating the terms of this stipulation may be entered by the Court.

SO STIPULATED.

Dated:  April 28, 2010

By:   /s/ Stephanie M. Hinds
STEPHANIE M. HINDS
Assistant United States Attorney

Dated:  April 28, 2010                              KEKER & VAN NEST LLP

By:   /s/ Matan Shacham
ELLIOT R. PETERS
BROOK DOOLEY
GALIA A. PHILLIPS
MATAN SHACHAM
Attorneys for Claimant
JIA YUE

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _____May 7_____, 2010

_____
Honorab[...]
Chief [...] [...]tes District Court

IT IS SO ORDERED

Chief Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest that Stephanie M. Hinds has concurred in the filing of this document.

/s/ Matan Shacham

MATAN SHACHAM

STIPULATION AND [PROPOSED] ORDER FOR SETTLEMENT AND ENTRY OF JUDGMENT
CASE NO. C 10-0167 VRW
486591.01